UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL LEWIS,

           Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

CASE NO. 2:20-cv-00271-BAT

**ORDER REVERSING AND REMANDING**

Pursuant to the Stipulation of the parties (Dkt. 18), it is **ORDERED** that this case is **REVERSED AND REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge shall:

1. Further develop the record and offer the claimant a new hearing;
2. Further evaluate the claimant's medically determinable impairments;
3. Further evaluate the claimant's subjective symptom allegations;
4. Further evaluate the medical opinions, including those of Drs. Choi and Martin;
5. Continue throughout the sequential evaluation process;
6. Obtain additional vocational expert testimony, if warranted; and
7. Issue a new decision.

Upon proper application, the Court will consider whether reasonable attorney fees should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (d).

DATED this 23rd day of October, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER REVERSING AND REMANDING - 1